UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| IN RE: | CHAPTER 13 |
|---|---|
| Perveen Rathore | CASE NO. 08-43130-JBR |

OBJECTION TO DEBTORS' CHAPTER 13 PLAN

Now Comes Wells Fargo Bank, NA and files its objection to the Debtor's Chapter 13 Plan. In support of its objection, Wells Fargo Bank, NA states as follows:

1. Wells Fargo Bank, NA is the holder of the second mortgage on the debtor's property located 5 Arrowhead Lane, Westborough, MA.

2. The mortgage to Wells Fargo Bank, NA is in default with a pre-petition arrearage of $1,472.07 pursuant to its filed proof of claim.

3. The debtors' Chapter 13 is attempting to strip off this lien. However, the debtor has failed to provide documentation of value of this property which would allow for stripping of this lien.

4. Wells Fargo Bank, NA reserves the right to obtain its own appraisal of said property.

5. Thus, the debtors' plan fails to provide for the payment of Wells Fargo Bank, NA's entire pre-petition arrearage.

WHEREFORE, Wells Fargo Bank, NA respectfully requests that the Court deny confirmation of the debtors' Chapter 13 Plan or for such other relief as the Court deems just and proper.

Respectfully submitted,

/s/ Elizabeth A. Lonardo
Elizabeth A Lonardo, Esquire
BBO# 669569
HARMON LAW OFFICES, P.C.
P.O. Box 610345
Newton Highlands, MA 02461-0345
781-292-3900

Dated: November    19   , 2008

EXL/AWB/200811-1239/Rathore, Perveen

200811-1239                BKR

/Objection to Plan New 2004/Rathore, Perveen

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

IN RE:  
Perveen Rathore

CHAPTER 13  
CASE NO. 08-43130-JBR

CERTIFICATE OF SERVICE

I, Elizabeth A Lonardo, Esquire, state that on November 19, 2008, I electronically filed the foregoing Objection to Plan with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Richard King, Esquire, Assistant U.S. Trustee  
Denise M. Pappalardo, Esquire, Chapter 13 Trustee  
Christopher M. Uhl, Esquire for the Debtor

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ Elizabeth A. Lonardo  
Elizabeth A Lonardo, Esquire  
BBO# 669569

Perveen Rathore  
5 Arrowhead Lane  
Westborough, MA 01581

EXL//200811-1239/Rathore, Perveen

2