# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order

In Re: _Perveen S. Rathore_   Case Number: 08-43130 JBR

MOVANT/APPLICANT/PARTIES   Chapter: 13

#18 Objection of Wells Fargo Bank, NA to Confirmation of Debtors Chapter 13 Plan

## COURT ACTION:

Show Cause Order   _____ Released   _____ Enforced
_____ Granted   _____ Approved   _____ Moot
_____ Denied   _____ Denied without Prejudice
_____ Withdrawn in Open Court
(#18 _Sustained_)   _____ Overruled
_____ Continued to: _____
_____ Proposed Order to be Submitted by: _____
_____ Stipulation to be Submitted by: _____
_____ Taken Under Advisement

## DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

_Objection sustained. See In Re Mann, 249 B.R. 831 and In Re Pelosi, 382 B.R. 582. Debtor is ordered to file an amended Plan within 45 days._

SO ORDERED:

Joel B. Rosenthal   Dated: 3/12/09