# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Perveen Rathore,<br><br>Debtor. | Chapter 13<br>Case No. 08-43130-JBR |

## ORDER CONFIRMING AMENDED CHAPTER 13 PLAN

The debtor filed an Amended Chapter 13 Plan (the "Plan") on July 8, 2009. The debtor filed a Certificate of Service dated July 8, 2009, reflecting that the Plan was served on all creditors and parties in interest. No objections to the confirmation of the Plan were filed or all objections were overruled by the Court or resolved by the parties. Upon consideration of the foregoing, the Court hereby orders the following:

1. The Plan is confirmed. The term of the Plan is 60 months.

2. The debtor shall pay to the Chapter 13 Trustee the sum of **$994.00** per month commencing November 25, 2008, which payments shall continue through completion of the Plan and shall be made on the 25th day of each month unless otherwise ordered by the Court. **Payments shall be made by Money Order or Bank Treasurer's check (personal checks will not be accepted) and shall be made payable to and forwarded to:**

**Denise M. Pappalardo, Chapter 13 Trustee**
**P.O. Box 16607**
**Worcester, MA 01601**

3. The effective date of confirmation of the Plan is November 25, 2008. The disbursements to be made by the Chapter 13 Trustee pursuant to the confirmed plan are set forth on the attached summary which is incorporated by reference. Interested parties should consult the detailed provisions of the Plan for treatment of their particular claims and other significant provisions of the Plan. Pursuant to 11 U.S.C. § 1327, the provisions of the confirmed Plan bind the debtor and all creditors. The conditions for vesting of real property in the debtor are set forth in Section E, Other Provisions, of this order.

*Joel B. Rosenthal*

9/30/2009

Dated:                                                    United States Bankruptcy Judge

## SUMMARY OF DISBURSEMENTS TO BE MADE UNDER THE PLAN

**A. Secured Claims**

   1. Modified Secured Claims

      None.

   2. Unmodified Secured Claims

Wells Fargo Bank (the "First Mortgagee") will retain its lien on the premises located at 5 Arrowhead Lane, Westborough, Massachusetts. The Debtor shall continue to make regular monthly payments in accordance with the contract with the First Mortgagee. The First Mortgagee will be paid its prepetition arrearage in the amount of $1,472.00 over 60 months in the amount of $24.53 each month.

   3. Real Estate Tax Claims

The Town of Westborough will be paid its prepetition real estate taxes on the property located at 5 Arrowhead Lane, Westborough, Massachusetts in the amount of $3,118.00 over 60 months in the amount of $51.96 each month.

**B. Administrative Claims**

| Creditor | Claim | Term |
|---|---|---|
| Christopher Uhl, Esq. | $1,000.00 | 12 months |

**C. Priority Claims**

   1. Other Tax Claims

| Creditor | Claim | Term |
|---|---|---|
| Department of the Treasury - IRS | $17,433.00 | 60 months |
| Massachusetts Department of Revenue | $5,399.00 | 60 months |
| Town of Westborough - Water & Sewer | $90.00 | 60 months |

**D. Unsecured Claims**

The Plan provides for a minimum 33% dividend payment to unsecured creditors in the amount of $75,240.06.

**E.  Other Pertinent Provisions**

      Unless otherwise ordered by the court, all property of the estate as defined in 11 U.S.C. §§541 and 1306, including but not limited to, any appreciation in the value of real property owned by the debtor as of the commencement of the case, shall remain property of the estate during the term of the plan and shall vest in the debtor only upon the discharge.  All property of the estate shall remain within the exclusive jurisdiction of the bankruptcy court.  The debtor shall not transfer, sell or otherwise alienate property of the estate other than in accordance with the terms of the confirmed plan or other order of the bankruptcy court.  The debtor shall be responsible for preserving and protecting property of the estate.

## CERTIFICATE OF SERVICE

       I hereby certify that on this date a true copy of this Order Confirming Chapter 13 Plan and Modification of Plan Prior to Confirmation, if any, was served, postage pre-paid, and/or electronically upon the debtors, debtors' counsel of record, and all other interested parties who have filed a Notice of Appearance.

Dated: September 30, 2009

By: /s/ Denise M. Pappalardo - jp
Denise M. Pappalardo, BBO #553293
Denise Pappalardo@ch13worc.com
Chapter 13 Trustee
P.O. Box 16607
Worcester, Massachusetts 01601
(508) 791-3300

## SERVICE LIST

Perveen S. Rathore
5 Arrow Head Lane
Westborough, Massachusetts 01581

Christopher Uhl, Esq.
5 State Street
Worcester, Massachusetts 01609

Mariah K. Jennings-Rampsi, Esq.
Harmon Law Offices, P.C.
P.O. Box 610345
Newton Highlands, Massachusetts 02461-0345