Form 8 (10/05)

# United States Bankruptcy Court
## District of Massachusetts

In re **Perveen S. Rathore**        Case No. **08-43130**

Debtor(s)        Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■ I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 2004 Toyota Solara - 52,000 miles | Toyota Motor Credit | Retain and continue w regular payments | | | |
| 5 Arrowhead Lane, Westborough, MA 01581<br>Homestead Bk 38790 Pg 239<br>Home has structural problems<br>$120,000 to repair | Wells Fargo Bank Nv Na | Debtor is hoping to work out a loan modification with Lender | | | |
| 5 Arrowhead Lane, Westborough, MA 01581<br>Homestead Bk 38790 Pg 239<br>Home has structural problems<br>$120,000 to repair | Wells Fargo Hm Mortgag | Debtor is hoping to work out a loan modification with Lender | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| -NONE- | | |

Date **October 9, 2009**      Signature **/s/ Perveen S. Rathore**
                                                       **Perveen S. Rathore**
                                                       Debtor